EXHIBIT 1

**EXHIBIT 1**



# EXECUTIVE ORDER 2018-4-19
## Pedestrian Safety Zones

Whereas, the Washington State Spring Fair is a major event that is held annually in the State of Washington;

Whereas, the Washington State Spring Fair continually grows in attendance every year;

Whereas, the Washington State Spring Fair, which is held every April, attracts more than 150,000 visitors in a four-day period;

Whereas, most visitors enter the Washington State Spring Fair as pedestrians;

Whereas, the Gold Gate (at the intersection of South Meridian and 9th Avenue SW) and the Blue Gate (located just south of the intersection of South Meridian and 10th Avenue SE) are two of the most heavily used entry gates during the Washington State Spring Fair;

Whereas, thousands of pedestrians cross South Meridian at 9th Avenue SW and at the marked crosswalk in the 1000 block of South Meridian that connects the Blue Lot to the Blue Gate, to gain entry into the Fair and leave the Fair;

Whereas, anything that obstructs, impedes, blocks, hinders, hampers, prohibits, slows, delays or otherwise interferes with pedestrian traffic at the intersection of South Meridian and 9th Avenue SW and the crosswalk between the Blue Gate and Blue Lot substantially degrades pedestrian safety and increases the risk of injury; and

Whereas, pursuant to PMC 10.32.090, the city manager is expressly authorized to establish safety zones of such kind and character and at such places as he may deem necessary for the protection of pedestrians;

**NOW THEREFORE, IT IS ORDERED:**

1. Pedestrian safety zones are hereby established on the sidewalks that are within or in proximity to the intersection of South Meridian and 9th Avenue SW and in proximity to the crosswalk between the Blue Gate and Blue Lot at the Washington State Spring Fair.

2. The pedestrian safety zones are the area of the sidewalk between the yellow lines that have been applied to the sidewalk by the City in the vicinity of the intersection of South Meridian and 9th Avenue SW and the crosswalk between the Blue Gate and

Blue Lot. The yellow lines that delineate the pedestrian safety zones are depicted in this order. The City may further demarcate the pedestrian safety zones with other means of identification, such as signs and barriers.

3. During the four days of the Washington State Spring Fair in April, nothing shall obstruct, impede, block, hinder, hamper, prohibit, slow, delay or otherwise interfere with pedestrian traffic in the pedestrian safety zones. In addition, no object, article, item, property or any other thing shall be placed, situated, positioned, located, erected, maintained or kept within the pedestrian safety zones. Furthermore, no event, performance, function, show or act shall take place or occur within the pedestrian safety zones. Moreover, no activity that does, or is likely to, obstruct, impede, block, hinder, hamper, prohibit, slow, delay or otherwise interfere with pedestrian traffic in the pedestrian safety zones, shall take place or occur within the pedestrian safety zones.

Dated: March 29, 2018

Kevin J. Yamamoto
City Manager

Approved as to form:

*Approved by email*
Shawn Arthur
Senior Assistant City Attorney

Exhibit A

Gold Gate NW Corner looking West on 9th Ave SW

Gold Gate NW Corner looking North on S Meridian

Gold Gate SW Corner looking West on 9th Ave SW

Gold Gate SW Corner looking South on S Meridian

| Gold Gate SE Corner looking South on S Meridian | Gold Gate SE Corner looking East on 9th Ave SE |
|---|---|
|  |  |
| Gold Gate NE Corner looking north on S Meridian | Gold Gate NE Corner looking east on 9th Ave SE |
|  |  |

| Blue Gate North on S Meridian, West Side | Blue Gate North on S Meridian, East Side |
|---|---|
|  |  |
| Blue Gate South on S Meridian, East Side | |
|  | |

Page 5 of 5

Executive Order 2018-4-19
Pedestrian Safety Zones
Washington State Fair

EXHIBIT 2

**EXHIBIT 2**



# EXECUTIVE ORDER 2011-9-1
## Pedestrian Safety Zones

Whereas, the Puyallup Fair (officially known as the Western Washington Fair) is the largest single attraction held annually in the State of Washington;

Whereas, the Puyallup Fair continually ranks in the top ten largest fairs in the world;

Whereas, the Puyallup Fair, which is held every September, attracts more than 1 million visitors in a seventeen day period;

Whereas, most visitors enter the Puyallup Fair as pedestrians;

Whereas, the Gold Gate (at the intersection of South Meridian and 9th Avenue SE) and the Blue Gate (located just south of the intersection of South Meridian and 10th Avenue SE) are two of the most heavily used entry gates during the Puyallup Fair;

Whereas, thousands of pedestrians cross South Meridian and 9th Avenue SE to gain entry into the Fair or leave the Fair;

Whereas, anything that obstructs, impedes, blocks, hinders, hampers, prohibits, slows, delays or otherwise interferes with pedestrian traffic at the intersection of South Meridian and 9th Avenue SE and the crosswalk between the Blue Gate and Blue Lot substantially degrades pedestrian safety and increases the risk of injury; and

Whereas, pursuant to PMC 10.32.090, the city manager is expressly authorized to establish safety zones of such kind and character and at such places as he may deem necessary for the protection of pedestrians;

**NOW THEREFORE, IT IS ORDERED:**

1. Pedestrian safety zones are hereby established on the sidewalks that are within or in proximity to the intersection of South Meridian and 9th Avenue SE and in proximity to the crosswalk between the Blue Gate and Blue Lot at the Western Washington Fair.

2. The pedestrian safety zones are the area of the sidewalk between the yellow lines that have been applied to the sidewalk by the City in the vicinity of the intersection of South Meridian and 9th Avenue SE and the crosswalk between the Blue Gate and Blue Lot. The yellow lines that delineate the pedestrian safety zones are depicted in

this order. The City may further demarcate the pedestrian safety zones with other means of identification, such as signs and barriers.

3. During the seventeen days of the Puyallup Fair in September, nothing shall obstruct, impede, block, hinder, hamper, prohibit, slow, delay or otherwise interfere with pedestrian traffic in the pedestrian safety zones. In addition, no object, article, item, property or any other thing shall be placed, situated, positioned, located, erected, maintained or kept within the pedestrian safety zones. Furthermore, no event, performance, function, show or act shall take place or occur within the pedestrian safety zones. Moreover, no activity that does, or is likely to, obstruct, impede, block, hinder, hamper, prohibit, slow, delay or otherwise interfere with pedestrian traffic in the pedestrian safety zones, shall take place or occur within the pedestrian safety zones.

Dated: September 2, 2011

Ralph W. Dannenberg
City Manager

Approved as to form:

Kevin J. Yamamoto
Acting City Attorney

Exhibit A

Page 4 of 4

Executive Order 2011-9-1
Pedestrian Safety Zones
Puyallup Fair

EXHIBIT 3

**EXHIBIT 3**



# EXECUTIVE ORDER 2015-9-5
## Pedestrian Safety Zones

Whereas, the Washington State Fair is the largest single attraction held annually in the State of Washington;

Whereas, the Washington State Fair continually ranks in the top ten largest fairs in the world;

Whereas, the Washington State Fair, which is held every September, attracts more than 1 million visitors in a seventeen day period;

Whereas, most visitors enter the Washington State Fair as pedestrians;

Whereas, the Gold Gate (at the intersection of South Meridian and 9th Avenue SE) and the Blue Gate (located just south of the intersection of South Meridian and 10th Avenue SE) are two of the most heavily used entry gates during the Washington State Fair;

Whereas, thousands of pedestrians cross South Meridian and 9th Avenue SE to gain entry into the Fair or leave the Fair;

Whereas, anything that obstructs, impedes, blocks, hinders, hampers, prohibits, slows, delays or otherwise interferes with pedestrian traffic at the intersection of South Meridian and 9th Avenue SE and the crosswalk between the Blue Gate and Blue Lot substantially degrades pedestrian safety and increases the risk of injury; and

Whereas, pursuant to PMC 10.32.090, the city manager is expressly authorized to establish safety zones of such kind and character and at such places as he may deem necessary for the protection of pedestrians;

**NOW THEREFORE, IT IS ORDERED:**

1. Pedestrian safety zones are hereby established on the sidewalks that are within or in proximity to the intersection of South Meridian and 9th Avenue SE and in proximity to the crosswalk between the Blue Gate and Blue Lot at the Western Washington Fair.

2. The pedestrian safety zones are the area of the sidewalk between the yellow lines that have been applied to the sidewalk by the City in the vicinity of the intersection of South Meridian and 9th Avenue SE and the crosswalk between the Blue Gate and

Blue Lot. The yellow lines that delineate the pedestrian safety zones are depicted in this order. The City may further demarcate the pedestrian safety zones with other means of identification, such as signs and barriers.

3. During the seventeen days of the Washington State Fair in September, nothing shall obstruct, impede, block, hinder, hamper, prohibit, slow, delay or otherwise interfere with pedestrian traffic in the pedestrian safety zones. In addition, no object, article, item, property or any other thing shall be placed, situated, positioned, located, erected, maintained or kept within the pedestrian safety zones. Furthermore, no event, performance, function, show or act shall take place or occur within the pedestrian safety zones. Moreover, no activity that does, or is likely to, obstruct, impede, block, hinder, hamper, prohibit, slow, delay or otherwise interfere with pedestrian traffic in the pedestrian safety zones, shall take place or occur within the pedestrian safety zones.

Dated: 8·24·2015

Kevin J. Yamamoto
City Manager

Approved as to form:

Steve M. Kirkelie
City Attorney

Exhibit A

| Gold Gate NW Corner looking West on 9th Ave SW | Gold Gate NW Corner looking North on S Meridian |
| --- | --- |
|  |  |
| Gold Gate SW Corner looking West on 9th Ave SW | Gold Gate SW Corner looking South on S Meridian |
|  |  |

| Gold Gate SE Corner looking South on S Meridian | Gold Gate SE Corner looking East on 9th Ave SE |
|---|---|
|  |  |
| Gold Gate NE Corner looking north on S Meridian | Gold Gate NE Corner looking east on 9th Ave SE |
|  |  |

| Blue Gate North on S Meridian, West Side | Blue Gate North on S Meridian, East Side |
|---|---|
|  |  |
| Blue Gate South on S Meridian, East Side | |
|  | |

Page 5 of 5

Executive Order 2015-9-5
Pedestrian Safety Zones
Washington State Fair